FILED
2009 May-18  PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

BARONICA WARREN,            )
                            )
           Plaintiff        )
                            )
     v.                     )
                            )   Case No.  5:08-cv-00223-HGD
COUNTY COMMISSION           )
OF LAWRENCE COUNTY,         )
ALABAMA, et al.,            )
                            )
           Defendants       )

# MEMORANDUM OPINION

The above-entitled case has been assigned to the undersigned for the limited purpose of ruling upon a dispositive issue that could not be addressed, except by report and recommendation, by the magistrate judge to whom the case is regularly assigned.

On April 27, 2009, the magistrate judge filed his report and the recommendation that the action be dismissed insofar as it is contained in Count IX as against defendants, Robbie Hyde and Anna Whitlow.  The parties were allowed eleven (11) days within which to file objections.  On May 11, 2009, a day late, plaintiff, Baronica Warren, filed a purported objection.  Her untimely objection is STRICKEN, and will not be considered.

After *de novo* consideration of the entire record, including the magistrate judge's report and recommendation, the court hereby ADOPTS the report and recommendation of the magistrate judge as the opinion of the court.

DONE this 18th day of May, 2009.

_____
**WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE**